**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:21-cv-62398-CMA

ANYI AGUILERA,

    Plaintiff,

v.

JM CELL LLC d/b/a BOOST MOBILE,
JM ILM LLC, JAHONGIR MAMAJONOV

    Defendants,

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, JM CELL LLC d/b/a BOOST MOBILE, JM ILM LLC, JAHONGIR MAMAJONOV, (collectively the "Parties"), by and through undersigned counsel, hereby file their Response to Plaintiff's Statement of Claim [DE #17], and state as follows:

1. Plaintiff was hired by Defendants as a salaried exempt manager.

2. Defendants are without knowledge as to the number of hours worked by Plaintiff because she never maintained or reported her hours to Defendants. However, the number of hours worked by Plaintiff is irrelevant since she was exempt under the executive or administrative exemptions of the FLSA.

3. As an exempt salaried office manager, Plaintiff was not paid on an hourly basis, and thus, is not entitled to overtime pay under the FLSA.

Respectfully submitted, this 28th day of December, 2021.

                                              ADI AMIT, P.A.
                                              *Attorneys for Defendants*
                                              101 Centre
                                              101 NE Third Avenue, Suite 300
                                              Fort Lauderdale, Florida 33301
                                              Phone: (954) 533-5922

                                          Fax: (954) 302-4963
                                          Email: alexandra@defenderofbusiness.com

                                          By: *s/ Alexandra R.F. Scala*
                                                Alexandra R.F. Scala, Esquire
                                                Florida Bar No.: 0098770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2021, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                *s/ Alexandra R.F. Scala*
                                                Alexandra R.F. Scala, Esquire

## SERVICE LIST

*Anyi Aguilera v. JM Cell LLC, et al*
Case No. 0:21-cv-62398-CMA

| | |
|---|---|
| Elliot Kozolchyk, Esquire<br>Koz Law, P.A.<br>800 East Cypress Creek Road, Suite 421<br>Fort Lauderdale, FL 33334<br>ekoz@kozlawfirm.com<br><br>*Counsel for Plaintiff* | Alexandra R.F. Scala, Esquire<br>ADI AMIT, P.A.<br>101 Centre<br>101 NE Third Ave., Suite 300<br>Ft. Lauderdale, Florida 33301<br>Alexandra@defenderofbusiness.com<br>*Counsel for Defendants* |