**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62398-CIV-ALTONAGA/Strauss**

**ANYI AGUILERA**,

      Plaintiff,
v.

**JM CELL LLC**, *et al.*,

      Defendants.
_____/

**FINAL JUDGMENT**

Pursuant to the Court's Order [ECF No. 32] granting Plaintiff's Motion for Entry of Judgment [ECF No. 31], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff, Anyi Aguilera, and against Defendants, JM Cell LLC, JM ILM LLC, and Jahongir Mamajonov, in the amount of $60,000.

**DONE AND ORDERED** in Miami, Florida, this 11th day of March, 2022.

                                                        _____
                                                        **CECILIA M. ALTONAGA**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record