Priority One Process Service, Inc.
5893 Sunset Drive
South Miami, FL 33143
Phone: (305) 669-1518
Fax: (305) 669-1520
F.E.I.N.# 20-5686386

## INVOICE



Invoice #POP-2021052666
11/4/2021

Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

Reference Number: AGUILERA VS JM

**Case Number: Broward 21-19113 CACE05**

Plaintiff:
**ANYI AGUILERA**

Defendant:
**JM CELL, LLC D/B/A BOOST MOBILE, ET AL**

Received: 11/2/2021   Served: 11/4/2021 11:10 am  LLC - IN ABSENCE OF R.A.
To be served on: JM CELL, LLC D/B/A BOOST MOBILE C/O JAHONGIR MAMAJONOV, REGISTERED AGENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |

**BALANCE DUE:**  $41.00

PAYMENTS CAN BE MADE ON OUR WEBSITE WWW.PRIORITYONEPROCESS.COM
USING YOUR CHECKING ACCOUNT (ACH) AND/OR  ALL MAJOR CREDIT CARDS.

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE
APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

**EXHIBIT A**

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

Page 1 / 1

Priority One Process Service, Inc.
5893 Sunset Drive
South Miami, FL 33143
Phone: (305) 669-1518
Fax: (305) 669-1520
F.E.I.N.# 20-5686386

**INVOICE**



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

Invoice #POP-2021052665
11/4/2021

Reference Number: AGUILERA VS JM

**Case Number: Broward 21-19113 CACE05**

Plaintiff:
**ANYI AGUILERA**

Defendant:
**JM CELL, LLC D/B/A BOOST MOBILE, ET AL**

Received: 11/2/2021   Served: 11/4/2021 11:10 am  LLC - IN ABSENCE OF R.A.
To be served on: JM ILM, LLC C/O JAHONGIR MAMAJONOV, REGISTERED AGENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$41.00** |

PAYMENTS CAN BE MADE ON OUR WEBSITE WWW.PRIORITYONEPROCESS.COM
USING YOUR CHECKING ACCOUNT (ACH) AND/OR  ALL MAJOR CREDIT CARDS.

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE
APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

**EXHIBIT A**

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

Page 1 / 1

Priority One Process Service, Inc.
5893 Sunset Drive
South Miami, FL 33143
Phone: (305) 669-1518
Fax: (305) 669-1520
F.E.I.N.# 20-5686386

**INVOICE**



Elliot Kozolchyk, Esq.
KOZ LAW PA
320 S.E. 9th Street
Ft. Lauderdale, FL 33316

Invoice #POP-2021052667
12/1/2021

Reference Number: AGUILERA VS JM

**Case Number: Broward 21-19113 CACE05**

Plaintiff:
**ANYI AGUILERA**

Defendant:
**JM CELL, LLC D/B/A BOOST MOBILE, ET AL**

Received: 11/2/2021   Served: 11/30/2021 5:41 pm   INDIVIDUAL
To be served on: JAHONGIR MAMAJONOV

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Summons | 1.00 | 41.00 | 41.00 |
| TOTAL CHARGED: | | | $41.00 |
| **BALANCE DUE:** | | | **$41.00** |

PAYMENTS CAN BE MADE ON OUR WEBSITE WWW.PRIORITYONEPROCESS.COM
USING YOUR CHECKING ACCOUNT (ACH) AND/OR ALL MAJOR CREDIT CARDS.

PAYMENT IS DUE UPON RECEIPT OF INVOICE. LATE FEES OF $5.00 PER INVOICE PER MONTH ARE
APPLIED TO ALL INVOICES AFTER 30 DAYS OLD.

**EXHIBIT A**

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

Page 1 / 1

**Elliot Kozolchyk**

| | |
|---|---|
| **From:** | noreply@myflcourtaccess.com |
| **Sent:** | Tuesday, October 19, 2021 4:42 PM |
| **Subject:** | Filing Received |

Dear Elliot A Kozolchyk:

This email verifies the receipt of 5 documents submitted by you to Broward Circuit Civil on 10/19/2021 04:42:01 PM.

| | |
|---|---|
| UCN: | |
| Clerk Case #: | NEW CASE |
| Case Style: | Anyi Aguilera VS JM Cell LLC et al. |
| Document Title: | Civil Cover Sheet<br>Complaint<br>eSummons Issuance<br>eSummons Issuance<br>eSummons Issuance |
| Matter #: | Aguilera, Anyi |
| Memo: | |
| Filing Fee: | $401.00 |
| Complaint/Statements of Claim Complaint: | $0.00 |
| Summons for Clerk Issuance eSummons Issuance: | $30.00 |
| Statutory Convenience Fee: | $15.09 |
| Total Fee: | $446.09 |
| Fee Status: | Assessed |
| Paid By: | Pay By Credit/Debit Card |
| MFC Order #: | 32611621 |

**The E-Portal reference number of this filing is: 136867780.** Please reference this Filing # in any correspondence.

You will receive a follow-up email when your filing has been docketed with the Clerk. At that time, the fee settlement will be transmitted to your banking institution for payment. You, as the filer are responsible for fee payment. If there are any issues with payment processing, you will be contacted by the Civitek Banking Department.

Follow us on Twitter @FLCourtsEFiling

Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal

View the Training Manualshttps://www.myflcourtaccess.com/authority/trainingmanuals.html

This is a non-monitored email. Do not reply directly to it. If you have any questions about this filing please contact the Broward Circuit Civil division.

Thank you,
The Florida Courts E-Filing Portal