**Exhibit A**
**Billing Statement**
**Elliot Kozolchyk**

| Date | T | Description | Fees |
|---|---|---|---|
| 10/5/21 | 2 | Met and Interviewed Client | $ 900.00 |
| 10/6/21 | 1.8 | Defendants operate at least 10 Boost Mobile locations. Researched their locations (0.5), what legal entity was operating each store (0.3) , Defendant Jahongir Mamjonov's inolvement in each store (0.3), and analyzed applicability legal authority for joint employer and single enterprise under the FLSA of the different locations (0.7). | $ 810.00 |
| 10/19/21 | 0.6 | Prepared Complaint against all Defendants | $ 270.00 |
| 10/19/21 | 0.4 | Prepared Exhibit A to the Complaint, the Statement of Claim | $ 180.00 |
| 10/22/21 | 2.3 | Plaintiff was paid under the table and Defendants lack a formal payroll record-keeping system. The information contained in the spreadsheets is inconsistent. Plaintiff's rate of pay and amount of pay regularly and inconsistently changed; additionally, they're not always stated explicitly on the spreadsheets. Defendants essentially paid Plaintiff whatever they felt like from one week to the next. Sometimes the payments correlate to a changing hourly rate, other times the payments do not. Began analyzing 59 separate payroll spreadsheets with inconsistent and incomplete information to ascertain Plaintiff's varying and fluctuating compensation and inconsistent rates of pay throughout the duration of the claim, and to determine the number of hours that were compensated and the number of hours that were uncompensated. The spreadsheets are within the document range PLA10358 through PLA12982. | $ 1,035.00 |
| 10/25/21 | 1.7 | Continued analyzing 59 separate payroll spreadsheets with inconsistent and incomplete information to ascertain Plaintiff's varying and fluctuating compensation and inconsistent rates of pay throughout the duration of the claim, and to determine the number of hours that were compensated and the number of hours that were uncompensated. | $ 765.00 |
| 10/30/21 | 2 | Continued analyzing 59 separate payroll spreadsheets with inconsistent and incomplete information to ascertain Plaintiff's varying and fluctuating compensation and inconsistent rates of pay throughout the duration of the claim, and to determine the number of hours that were compensated and the number of hours that were uncompensated. | $ 900.00 |
| 11/1/21 | 1.8 | Continued analyzing 59 separate payroll spreadsheets with inconsistent and incomplete information to ascertain Plaintiff's varying and fluctuating compensation and inconsistent rates of pay throughout the duration of the claim, and to determine the number of hours that were compensated and the number of hours that were uncompensated. | $ 810.00 |
| 11/3/21 | 1.8 | Continued analyzing 59 separate payroll spreadsheets with inconsistent and incomplete information to ascertain Plaintiff's varying and fluctuating compensation and inconsistent rates of pay throughout the duration of the claim, and to determine the number of hours that were compensated and the number of hours that were uncompensated. | $ 810.00 |
| 11/7/21 | 1.7 | Continued analyzing 59 separate payroll spreadsheets with inconsistent and incomplete information to ascertain Plaintiff's varying and fluctuating compensation and inconsistent rates of pay throughout the duration of the claim, and to determine the number of hours that were compensated and the number of hours that were uncompensated. | $ 765.00 |
| 11/10/21 | 0.1 | Reviewed email from OC announcing appearance and conferring on accepting service | $ 45.00 |

**Exhibit A**
**Billing Statement**
**Elliot Kozolchyk**

| Date | T | Description | Fees |
|---|---|---|---|
| 11/11/21 | 1.6 | Continued analyzing 59 separate payroll spreadsheets with inconsistent and incomplete information to ascertain Plaintiff's varying and fluctuating compensation and inconsistent rates of pay throughout the duration of the claim, and to determine the number of hours that were compensated and the number of hours that were uncompensated. | $ 720.00 |
| 11/13/21 | 2.4 | Reviewed documents bates numbered PLA00006 through PLA00306. | $ 1,080.00 |
| 11/15/21 | 1.7 | Reviewed documents bates numbered PLA00307 through PLA00614. | $ 765.00 |
| 11/16/21 | 2.3 | Reviewed documents bates numbered PLA00615 through PLA00834. | $ 1,035.00 |
| 11/21/21 | 2 | Reviewed documents bates numbered PLA00835 through PLA01016. | $ 900.00 |
| 11/24/21 | 0.1 | Reviewed DE 2, Judge Assignment | $ 45.00 |
| 11/24/21 | 0.1 | Reviewed email from OC regarding removal to federal court and conferring on extension of time, and sent reply | $ 45.00 |
| 11/24/21 | 0.1 | Reviewed Defendant's Notice of Removal | $ 45.00 |
| 11/24/21 | 0.1 | Reviewed DE 4, Defendant's Motion for Extension of Time | $ 45.00 |
| 11/24/21 | 0.1 | Reviewed DE 5, Order for Status Report | $ 45.00 |
| 11/24/21 | 0.2 | Reviewed DE 6, Order to File Statement of Claim, and DE 7, Order to File JSR | $ 90.00 |
| 11/24/21 | 0.1 | Reviewed DE 8, Order Granting Extension of Time | $ 45.00 |
| 11/24/21 | 0.1 | Reviewed DE 9, Order Regarding Settlement Conference | $ 45.00 |
| 11/30/21 | 0.1 | Reviewed DE 10, Status Report | $ 45.00 |
| 11/30/21 | 0.2 | Reviewed DE 11, Defendant's Certificate of Interested Parties | $ 90.00 |
| 12/3/21 | 0.4 | Reviewed DE 12, Answer and Affirmative Defenses | $ 180.00 |
| 12/6/21 | 0.4 | Reviewed email from OC with draft of JSR, reviewed JSR, sent reply with revisions | $ 180.00 |
| 12/7/21 | 0.3 | Reviewed DE 14, Order Setting Trial and Other deadlines, and DE 15, Discovery Procedures Order | $ 135.00 |
| 12/7/21 | 0.1 | Reviewed DE 16, Order Requiring Certificate of Interested Parties | $ 45.00 |
| 12/8/21 | 0.2 | Prepared DE 17, Notice of Filing Statement of Claim | $ 90.00 |
| 12/8/21 | 0.2 | Prepared DE 18, Plaiintiff's Certificate of Interested Parties | $ 90.00 |
| 12/8/21 | 0.5 | Contacted Client to obtain information and provide case update | $ 225.00 |
| 12/9/21 | 0.1 | Reviewed email from OC regarding settlement conference dates | $ 45.00 |
| 12/10/21 | 1.1 | Prepared Plaintiff's Interrogatories directed separately to each Defendant | $ 495.00 |
| 12/11/21 | 0.7 | Prepared Plaintiff's Request for Admissions directed separately to each Defendant | $ 315.00 |
| 12/11/21 | 0.8 | Prepared Plaintiff's Request for Production directed to all Defendants | $ 360.00 |
| 12/15/21 | 1.6 | Reviewed documents bates numbered PLA01017 through PLA01292. | $ 720.00 |
| 12/15/21 | 0.3 | Contacted Client regarding Settlement conference | $ 135.00 |
| 12/16/21 | 1.3 | Reviewed documents bates numbered PLA01293 through PLA01528. | $ 585.00 |
| 12/16/21 | 0.1 | Reviewed DE 19, Order Setting Settlement Conference | $ 45.00 |
| 12/20/21 | 2.2 | Reviewed documents bates numbered PLA01529 through PLA01770. | $ 990.00 |
| 12/22/21 | 2.1 | Reviewed documents bates numbered PLA01771 through PLA02100. | $ 945.00 |
| 12/23/21 | 1.9 | Reviewed documents bates numbered PLA02101 through PLA02399. | $ 855.00 |
| 12/27/21 | 0.4 | Exchanged series of emails with OC regarding mediator selection and scheduling | $ 180.00 |
| 12/27/21 | 0.2 | Reviewed draft of Motion to reschedule mediation and sent reply | $ 90.00 |
| 12/28/21 | 0.1 | Reviewed DE 21, Order Granting Motion to Extend Mediation | $ 45.00 |
| 12/28/21 | 0.3 | Reviewed DE 22, Response to Statement of Claim | $ 135.00 |
| 1/4/22 | 0.1 | Sent email to OC proposing Mediator and reviewed reply | $ 45.00 |

**Exhibit A**
**Billing Statement**
**Elliot Kozolchyk**

| Date | T | Description | Fees |
|---|---|---|---|
| 1/4/22 | 0.2 | Prepared DE 23, Notice of Mediation | $ 90.00 |
| 1/5/22 | 0.1 | Reviewed DE 24, Order Scheduling Mediation | $ 45.00 |
| 1/6/22 | 2.2 | Reviewed documents bates numbered PLA02400 through PLA02761. | $ 990.00 |
| 1/7/22 | 2.4 | Reviewed documents bates numbered PLA02762 through PLA03123. | $ 1,080.00 |
| 1/7/22 | 0.2 | Exchanged emails with Mediator regarding mediation setup | $ 90.00 |
| 1/10/22 | 0.2 | Phone call with OC regarding discovery deadline | $ 90.00 |
| 1/10/22 | 0.1 | Reviewed email from OC conferring on discovery deadline extension | $ 45.00 |
| 1/10/22 | 0.4 | Met with Client prior to mediation | $ 180.00 |
| 1/10/22 | 2.5 | Attended Mediation- Case did not settle | $ 1,125.00 |
| 1/10/22 | 0.1 | Reviewed DE 25, Mediation Report | $ 45.00 |
| 1/18/22 | 1.9 | Reviewed documents bates numbered PLA03124 through PLA03326. | $ 855.00 |
| 1/20/22 | 0.2 | Reviewed email from OC requesting 2nd discovery deadline extension and sent reply | $ 90.00 |
| 1/28/22 | 2.1 | Reviewed documents bates numbered PLA03327 through PLA03544. | $ 945.00 |
| 2/1/22 | 1.9 | Reviewed documents bates numbered PLA03545 through PLA03721. | $ 855.00 |
| 2/2/22 | 2.2 | Reviewed documents bates numbered PLA03722 through PLA04028. | $ 990.00 |
| 2/2/22 | 0.1 | Reviewed email from OC requesting deposition dates | $ 45.00 |
| 2/4/22 | 2.1 | Reviewed documents bates numbered PLA04029 through PLA04390. | $ 945.00 |
| 2/7/22 | 0.2 | Reviewed email from OC conferring on discovery deadline extension and sent reply | $ 90.00 |
| 2/8/22 | 0.1 | Reviewed email from OC requesting deposition dates and documents supporting Statement of Claim | $ 45.00 |
| 2/10/22 | 1.7 | Reviewed documents bates numbered PLA04391 through PLA04562. | $ 765.00 |
| 2/10/22 | 0.4 | Contacted Client regarding deposition scheduling | $ 180.00 |
| 2/10/22 | 4.5 | Began preparation of 12,983 pages of Plaintiff's documentary evidence | $ 2,025.00 |
| 2/11/22 | 6 | Finished preparation of 12,983 pages of Plaintiff's documentary evidence and sent to OC | $ 2,700.00 |
| 2/11/22 | 0.1 | Reviewed email from OC regarding court ordered settlement discussions | $ 45.00 |
| 2/12/22 | 2.5 | Reviewed documents bates numbered PLA04563 through PLA04955. | $ 1,125.00 |
| 2/12/22 | 0.5 | Discussion with Client regarding Client review of evidence | $ 225.00 |
| 2/15/22 | 0.1 | Reviewed email from OC with Deposition notice | $ 45.00 |
| 2/17/22 | 0.1 | Revewed email from OC regarding draft report | $ 45.00 |
| 2/17/22 | 0.3 | Prepared draft of Joint Notice of Compliance and sent to OC to review | $ 135.00 |
| 2/18/22 | 0.2 | Phone call with OC regarding discovery extension | $ 90.00 |
| 2/18/22 | 0.2 | Reviewed email from OC with Defendant's document production ( 1 image) | $ 90.00 |
| 2/18/22 | 0.1 | Reviewed email from OC approving Joint notice of Compliance | $ 45.00 |
| 2/18/22 | 0.55 | Prepared Plaintiff's Confidential settlement statement | $ 247.50 |
| 2/19/22 | 0.1 | Reviewed DE 28, Order to Show Cause | $ 45.00 |
| 2/19/22 | 6.8 | Reviewed documents bates numbered PLA04956 through PLA05686. | $ 3,060.00 |
| 2/20/22 | 6.4 | Reviewed documents bates numbered PLA05687 through PLA06647. | $ 2,880.00 |
| 2/21/22 | 6.7 | Reviewed documents bates numbered PLA06648 through PLA07694. | $ 3,015.00 |
| 2/22/22 | 0.5 | Worked on draft of Plaintiff's responses to Defendants' request for production. | $ 225.00 |
| 2/22/22 | 1.3 | Worked on draft of Plaintiff's responses to Defendants' interrogatories. | $ 585.00 |
| 2/22/22 | 5.7 | Reviewed documents bates numbered PLA07695 through PLA08528. | $ 2,565.00 |
| 2/23/22 | 6.8 | Reviewed documents bates numbered PLA08529 through PLA09387. | $ 3,060.00 |

**Exhibit A**
**Billing Statement**
**Elliot Kozolchyk**

| Date | T | Description | Fees |
|---|---|---|---|
| 2/24/22 | 6.3 | Reviewed documents bates numbered PLA09388 through PLA10357. | $ 2,835.00 |
| 2/25/22 | 0.5 | Met with Client to prepare for Settlement Conference | $ 225.00 |
| 2/25/22 | 1.8 | Attended Settlement Conference- case did not settle | $ 810.00 |
| 2/25/22 | 0.2 | Prepared Plaintiff's Supplemental Document production PLA12984 through 12988. | $ 90.00 |
| 2/25/22 | 0.1 | Reviewed DE 29 and DE 30, Settlement Conference Reports | $ 45.00 |
| 2/25/22 | 0.3 | Reviewed Defendant's Offer of Judgement | $ 135.00 |
| 2/25/22 | 0.5 | Discussed Defendant's Offer of Judgment late at night with Client. | $ 225.00 |
| 2/25/22 | 0.5 | Reviewed billing records. | $ 225.00 |
| 2/25/22 | 1 | Prepared Motion for Fees. | $ 450.00 |
| 3/4/22 | 0.1 | Reviewed email from OC regarding Defendant's Discovery response | $ 45.00 |
| 3/8/22 | 1.2 | Discussion with Client regarding Offer of Judgment | $ 540.00 |
| 3/9/22 | 0.4 | Follow-up call with with Client to discuss Offer of Judgment. | $ 180.00 |
| 3/10/22 | 0.4 | Prepared DE 31, Motion for Judgement | $ 180.00 |
| 3/11/22 | 0.2 | Reviewed DE 32, Order Granting Motion for Judgement | $ 90.00 |
| 3/11/22 | 0.1 | Reviewed DE 33, Final Judgement | $ 45.00 |
| 4/10/22 | 0.2 | Final review of Motion for Fees, served Defendants' counsel with draft motion for fees. | $ 90.00 |

|  |  |
|---|---|
| **Time Billed** | 127.35 |
| **Hourly Rate** | $ 450.00 |
| **Fees** | $ 57,307.50 |