**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62398-CIV-ALTONAGA/Strauss**

**ANYI AGUILERA**,

    Plaintiff,

vs.

**JM CELL LLC**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff's Motion for Order Requiring Defendants to Complete Florida Form 1.977 Fact Information Sheet [ECF No. 53]. Defendants do not oppose the Motion. (*See id.* 3). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Within forty-five (45) days of entry of this Order, JM CELL LLC D/B/A BOOST MOBILE, JM ILM LLC, and JAHONGIR MAMAJONOV must complete under oath and serve upon Plaintiff's counsel Florida Rule of Civil Procedure Form 1.977 with all required attachments, unless the Amended Final Judgment (with accrued post-judgment interest) is fully paid.

**DONE AND ORDERED** in Miami, Florida, this 27th day of July, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record