UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62398-CIV-ALTONAGA/Strauss

**ANYI AGUILERA**,

    Plaintiff,

vs.

**JM CELL LLC**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendants' Objections [ECF No. 86] to Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 85]. In his Report, Judge Strauss recommends the Court deny Defendants' Motion to Vacate Judgment Pursuant to Rule 60(b)(4) and for an Evidentiary Hearing [ECF No. 77]. Having reviewed the Report, the Motion to Vacate and the entire record, and the Objections; and having made a *de novo* determination[1] with respect to those portions of the Report to which Defendants formally objected, it is hereby

**ORDERED AND ADJUDGED** that Report and Recommendation **[ECF No. 85]** is **AFFIRMED AND ADOPTED**. Defendants' Motion to Vacate Judgment Pursuant to Rule 60(b)(4) and for an Evidentiary Hearing **[ECF No. 77]** is **DENIED**.

---

[1] "The Court need not do over every step done by a magistrate judge on which there was some objection. *De novo* review means review without any deference; it does not mean that a district judge must redo the case without consideration of what the magistrate judge has written." *DeJonge v. Burton*, No. 1:16-cv-980, 2018 WL 4929756, at *1 (W.D. Mich. Oct. 11, 2018) (quotation marks and citation omitted).

CASE NO. 21-62398-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2023.

                                                 *[signature]*
                                                 **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record